IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CON NIKOLOUZAKIS and CHRIS SIAKOS, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   C.A. No. 11-1261-LPS-MPT |
| | ) |
| EXINDA CORPORATION, GEORGE | ) |
| ROBERTS, ROBERT H. SCOTT, FIRAS | ) |
| RAOUF, SCOTT MAXWELL and | ) |
| OPENVIEW VENTURE PARTNERS, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, between and among the parties, through their undersigned counsel, that all claims asserted in the above-captioned action are hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), with each party to bear his, her or its own costs.

RICHARDS, LAYTON & FINGER PA     MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Kelly E. Farnan*                              */s/ Kenneth J. Nachbar*
Kelly E. Farnan (#4395)                        Kenneth J. Nachbar (#2067)
One Rodney Square                               Shannon E. German (#5172)
920 N. King Street                                  1201 N. Market Street
Wilmington, DE  19801                          P.O. Box 1347
(302) 651-7700                                        Wilmington, DE  19899-1347
farnan@rlf.com                                        (302) 658-9200
  *Attorneys for Plaintiffs*                      knachbar@mnat.com
                                                              sgerman@mnat.com
                                                                *Attorneys for Defendants*

August 17, 2012